UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ALICE GORDON,

                     Plaintiff,                      08 CV 8354 (SAS)

         -against-                    **ORDER**

THE CITY OF NEW YORK, et al.,

                    Defendants.
------------------------------------------------------------------X

       The Court having conducted a conference on April 1, 2009, and having heard the submissions of counsel for both sides, it is hereby

       **ORDERED**, that no later than Friday, April 10, 2009, defendants shall produce to plaintiff:

       1.     The two DD5s of defendant Barrett referred to in his testimony of November 24, 2008, at plaintiff's trial in Brooklyn Criminal Court, and the other DD5s relating to this case referred to by defendant Barrett in that testimony; and

       2.     The complete file of the NYPD Advocate's Office's prosecution of defendant Barrett in CCRB case # 200204620, and the complete record of the NYPD disciplinary proceeding brought the NYPD Advocate's Office in that case, including the charges and specifications, hearing transcript, Administrative Judge's Finding and Recommendations, and subsequent endorsements of those Findings and Recommendations; and it is further

       **ORDERED**, that the Scheduling Order of December 19, 2008, is amended as follows:

       1.     All discovery, including any expert discovery, is to be completed by June 1, 2009, and there will be no extensions of this date;


Y FILED
4/2/09

2.  The final pre-trial conference will be conducted on Monday, June 8, 2009, at 4:30 P.M., with that conference also serving as the pre-motion conference in accordance with ¶ III (A) of the Court's Individual Rules and Procedures (October 31, 2005);

3.  Plaintiff will supply her pre-trial order matters to defendants no later than June 22, 2009; and

4.  The parties will submit a pre-trial order in a form conforming with the Court's instructions together with trial briefs and proposed voir dire questions and proposed jury instructions no later than Friday, July 10, 2009.

SO ORDERED:

*[signature]*

SHIRA A. SCHEINDLIN
U.S.D.J.

Dated: April 2, 2009