UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------- x

ALICE GORDON,

                                        Plaintiff,

                    -against-

THE CITY OF NEW YORK, DET. GREGORY
BARRETT (Shield 6674, Tax ID 905758, 67th precinct),
DETECTIVE CHRISTOPHER HAYES (Shield 5408, 67th
Precinct) and MATTHEW WALKER (Shield 1701, 67th
Precinct),

                                        Defendants.

--------------------------------------------------------------------- x

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/18/09
```

**STIPULATION AND ORDER
OF SETTLEMENT AND
DISMISSAL**

08 Civ 8354 (SAS)(DF)

AUG

        **WHEREAS,** plaintiff commenced this action by filing a complaint on or about
September 29, 2008, alleging that defendants violated plaintiff's federal civil and state common law
rights; and

        **WHEREAS,** defendants have denied any and all liability arising out of plaintiff's
allegations; and

        **WHEREAS,** the parties now desire to resolve the issues raised in this litigation,
without further proceedings and without admitting any fault or liability;

        **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and
between the undersigned, as follows:

        1.      The above-referenced action is hereby dismissed against defendants, with
prejudice, and without costs, expenses, or fees in excess of the amount specified in paragraph "2"
below.

        2.      Defendant City of New York hereby agrees to pay plaintiff Alice Gordon One
Hundred Eighty Thousand ($180,000.00) Dollars in full satisfaction of all of her claims, including
claims for costs, expenses and attorneys' fees. In consideration for the payment of this sum, plaintiff

agrees to dismissal of all the claims against defendants and to release the defendants and any present or former employees and agents of the City of New York, or any agency thereof, from any and all liability, claims, or rights of action which were or could have been alleged in this action, including claims for costs, expenses and attorneys' fees.

3.      Plaintiff shall execute and deliver to defendant City of New York's attorney all documents necessary to effect this settlement, including, without limitation, a General Release based on the terms of paragraph 2 above and an Affidavit of No Liens.

4.      Nothing contained herein shall be deemed to be an admission by the defendants that they have in any manner or way violated plaintiff's rights, or the rights of any other person or entity, as defined in the constitutions, statutes, ordinances, rules or regulations of the United States, the State of New York, or the City of New York or any other rules, regulations or bylaws of any department or subdivision of the City of New York.  This stipulation shall not be admissible in, nor is it related to, any other litigation or settlement negotiations.

5.      Nothing contained herein shall be deemed to constitute a policy or practice of the City of New York, or any agency thereof.

6.      This Stipulation and Order contains all the terms and conditions agreed upon by the parties hereto, and no oral agreement entered into at any time nor any written agreement entered into prior to the execution of this Stipulation and Order regarding the subject matter of the instant

proceeding shall be deemed to exist, or to bind the parties hereto, or to vary the terms and conditions

contained herein.

Dated: New York, New York
      August 12, 2009


JOEL BERGER, ESQ.
Attorney for Plaintiff
360 Lexington Avenue, 16th Floor
New York, New York  10017-6502
(212) 687-4911

MICHAEL A. CARDOZO
Corporation Counsel of the
City of New York
Attorney for Defendants City of New York
Gregory Barrett, Matthew Walker and Christopher
Hayes
100 Church Street, Room 3-190
New York, N.Y.  10007
(212) 788-0786

By: _____ 8/12/09
     Joel Berger, Esq.
     Attorney for Plaintiff

By: _____
     Michael K. Gertzer, Esq.
     Assistant Corporation Counsel


SO ORDERED:

    U.S.D.J.
             8/17/09